UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Thomas G. Egner, Esquire**
**McDowell Law, PC**
**46 West Main Street**
**Maple Shade, NJ 08052**
**Phone  856-482-5544**
**Fax 856-482-5511**
**tegner@mcdowelllegal.com**

In re:
  **Kenny E. Welch, Sr.**

Case No.: **18-19727**

Chapter: **13**

Adv. No.:

Hearing Date:

Judge: **ABA**

## CERTIFICATION OF SERVICE

1. I, **Deborah Jamison**:

   ☐ represent ___ in the this matter.

   ☑ am the secretary/paralegal for **Thomas G Egner**, who represents **the debtor** in the this matter.

   ☐ am the ___ in the this case and am representing myself.

2. On **June 14, 2018**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
   - Order Respecting Amendment to Schedule E/F
   - Amendment to Schedule E/F
   - Notice of Chapter 13 Bankruptcy Case
   - Notice on Hearing on Confirmation of Plan
   - Chapter 13 Plan

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: **June 14, 2018**

/s/ **Deborah Jamison**
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Aarons Sales & Lease**<br>**Attn: Bankruptcy**<br>**309 E Paces Ferry Rd Ne**<br>**Atlanta, GA 30305** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>  (as authorized by the court *) |
| **Aarons Sales & Lease**<br>**Attn: Bankruptcy**<br>**309 E Paces Ferry Rd Ne**<br>**Atlanta, GA 30305** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>  (as authorized by the court *) |
| **Isabel Balboa**<br>**Chapter 13 Standing Trustee**<br>**535 Route 38, Suite 580**<br>**Cherry Hill, NJ 08002** | **Trustee** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>  (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.