UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Thomas G. Egner, Esquire**
**McDowell Law, PC**
**46 West Main Street**
**Maple Shade, NJ 08052**
**Phone 856-482-5544**
**Fax 856-482-5511**
**tegner@mcdowelllegal.com**

In re:
    **Kenny E. Welch, Sr.**

Case No.:　**18-19727**

Chapter:　**13**

Adv. No.:

Hearing Date:

Judge:　**ABA**

# CERTIFICATION OF SERVICE

1. I, **Deborah Jamison** :
   - ☐ represent ___ in the this matter.
   - ☑ am the secretary/paralegal for **Thomas G. Egner**, who represents **the debtor** in the this matter.
   - ☐ am the ___ in the this case and am representing myself.

2. On **7/26/2018**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
   - **Order Respecting Amendments to Schedules E/F**
   - **Amendment to Schedule E/F**
   - **Notice of Chapter 13 Bankruptcy Case**
   - **Notice of Hearing on Confirmation of Plan**
   - **Chapter 13 Plan**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: **July 26, 2018**　　　　　　　　　　　　　　　　**/s/ Deborah Jamison**
　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Aarons Sales & Lease<br>Attn: Bankruptcy<br>309 E Paces Ferry Rd Ne<br>Atlanta, GA 30305 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>    (as authorized by the court *) |
| Aarons Sales & Lease<br>Attn: Bankruptcy<br>309 E Paces Ferry Rd Ne<br>Atlanta, GA 30305 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>    (as authorized by the court *) |
| Capital One Bank<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>    (as authorized by the court *) |
| Danbury Mint<br>47 Richards Avenue<br>Norwalk, CT 06857 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>    (as authorized by the court *) |
| Emergency Physician Assoc. of So. Jersey<br>1 Hamilton Health Place<br>Hamilton, NJ 08690-3542 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>    (as authorized by the court *) |
| Publishers Clearing House<br>300 Jericho Quadrangle #300<br>Jericho, NY 11753 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    rev. 8/1/15    Best Case Bankruptcy

| | | |
|---|---|---|
| | | (as authorized by the court *) |
| **Isabel Balboa**<br>**Chapter 13 Standing Trustee**<br>**535 Route 38, Suite 580**<br>**Cherry Hill, NJ 08002** | **Trustee** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Virtua Health Voorhees**<br>**Mail Processing Center**<br>**2 Brighton Road**<br>**Clifton, NJ 07012-1663** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Virtua Medical Group**<br>**534 Lippincott Drive**<br>**Marlton, NJ 08053-4805** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

*rev. 8/1/15*
Best Case Bankruptcy