UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Thomas G. Egner, Esq.**
**McDowell Law, PC**
**46 West Main Street**
**Maple Shade, NJ 08052**
**Telephone: 856-482-5544**
tegner@mcdowelllegal.com

In Re:
    **Kenny E. Welch, Sr.**

Case No.: **18-19727**
Chapter: **13**
Judge: ABA

# CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:  **Kenny Welch, Sr., Debtor**
(Example: John Smith, creditor)

Old address:    220 South Lenola Rd. Apt. B-206

                    Maple Shade, NJ 08052

New address:    222 Chestnut Street

                    Mt Holly, NJ 08060

New phone no.::
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:  **October 3, 2018**     /s/ Kenny Welch, Sr.
                                                                               Signature