KML LAW GROUP, P.C.
A Professional Corporation incorporated in Pennsylvania
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
(215) 627-1322
Attorneys for Ditech Financial, LLC.

---

| | |
|---|---|
| IN THE MATTER OF:<br><br>Kenny E. Welch Sr<br><br>DEBTOR(S), | **IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>CHAPTER 13<br>CASE NO. 18-19727 ABA<br><br>**NOTICE OF MOTION FOR RELIEF FROM STAY** |

TO:
Kenny E. Welch Sr
220 S Lenola Road
Maple Shade, NJ 08052

Thomas G. Egner
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center - 535 Route 38 - Suite 580
Cherry Hill, NJ 08002

US TRUSTEE
Office of the US Trustee
One Newark Center, Suite 2l00
Newark, NJ 07102

PLEASE TAKE NOTICE THAT the undersigned attorney for **Ditech Financial, LLC.**, will apply to the UNITED STATES BANKRUPTCY COURT, located at **UNITED STATES BANKRUPTCY COURT FOR THE ALL DISTRICT,** , for an Order to Grant Relief from the Automatic Stay to authorize the moving parties to prosecute a foreclosure action for the reason that the debtors have failed to maintain their monthly mortgage payments to the Secured Creditor as more particularly set forth in the certification submitted herewith. Costs and counsel fees will also be requested. The property involved is known as **222 Chestnut St, Mount Holly NJ 08060**. The hearing on this matter is scheduled for **December 4, 2018** at **10:00 A.M.**

Dated: November 7, 2018

**/s/Denise Carlon, Esq.**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
(215) 627-1322
DCarlon@KMLlawgroup.com
Attorney for Ditech Financial, LLC.