Printed on: 01/02/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2019 to 12/31/2019  
**Case Number: 18-19727 (ABA)**

Kenny E. Welch, Sr.  
222 Chestnut Street  
Mount Holly, NJ  08060

Monthly Payment: $233.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/07/2019 | $228.44 | 02/05/2019 | $228.44 | 03/07/2019 | $228.44 | 04/08/2019 | $228.44 |
| 05/10/2019 | $228.44 | 06/10/2019 | $228.44 | 07/08/2019 | $228.44 | 08/08/2019 | $228.44 |
| 09/06/2019 | $228.44 | 10/07/2019 | $228.44 | 11/06/2019 | $228.44 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | KENNY E. WELCH, SR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $3,351.20 | $1,664.00 | $1,687.20 | $1,162.34 |
| 1 | APEX ASSET MANAGEMENT, LLC | 33 | $1,316.00 | $0.00 | $1,316.00 | $0.00 |
| 2 | BUREAU OF ACCOUNT MANAGMENT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CAVALRY SPV I, LLC | 33 | $854.04 | $0.00 | $854.04 | $0.00 |
| 4 | CREDIT ACCEPTANCE CORPORATION | 24 | $9,308.74 | $2,116.24 | $7,192.50 | $1,356.00 |
| 5 | LVNV FUNDING, LLC | 33 | $1,111.95 | $0.00 | $1,111.95 | $0.00 |
| 6 | LVNV FUNDING, LLC | 33 | $1,332.87 | $0.00 | $1,332.87 | $0.00 |
| 7 | SPECIALIZED LOAN SERVICING, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | EMERGENCY PHYSICIAN ASSOCIATES OF SJ, PC | 33 | $1,791.17 | $0.00 | $1,791.17 | $0.00 |
| 9 | EXPERIAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | FINGERHUT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | INGERMAN PROPERTY MANAGEMENT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | DEPARTMENT OF THE TREASURY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | MAPLE SHADE APARTMENT ASSOCIATES, LP. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | QUALITY ASSET RECOVERY, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | MOUNT HOLLY TOWNSHIP | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | TRANSUNION, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | TRIDENT ASSET MANAGEMENT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | KENNY E. WELCH SR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | THOMAS G. EGNER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | QUALITY ASSET RECOVERY, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | QUALITY ASSET RECOVERY, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | AARONS SALES & LEASE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | AARONS SALES & LEASE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | ORION PORTFOLIO SERVICES, LLC | 33 | $155.32 | $0.00 | $155.32 | $0.00 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,276.48 | $0.00 | $1,276.48 | $0.00 |
| 30 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | DANBURY MINT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | EMERGENCY PHYSICIAN ASSOCIATES OF S.J. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | Publishers Clearing House | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | VIRTUA HEALTH VOORHEES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | VIRTUA MEDICAL GROUP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2018 | 1.00 | $0.00 |
| 07/01/2018 | Paid to Date | $456.88 |
| 08/01/2018 | 58.00 | $233.00 |
| 06/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $2,512.84 |
| Total paid to creditors this period: | $2,518.34 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $538.96 |
| Attorney: | MC DOWELL LAW, PC |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**