Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                            Case No.:  18−19727−ABA
                            Chapter:  13
                            Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kenny E. Welch Sr.
   226 Siena Drive
   Building 200, Apt 226
   Cinnaminson, NJ 08077

Social Security No.:
   xxx−xx−2586

Employer's Tax I.D. No.:

## FINAL DECREE

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>August 11, 2023</u>                  <u>Andrew B. Altenburg Jr.</u>
                                                  Judge, United States Bankruptcy Court